UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YESSUH SUHYES HUSSEY,<br><br>                              Plaintiff,<br><br>-against-<br><br>SHTA STAFF LORA; SHTA STAFF KIZER,<br><br>                              Defendants. | 23-CV-3565 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated May 18, 2023, the Court directed Plaintiff, within thirty days, to submit a completed prisoner authorization or pay the $402.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed a prisoner authorization or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

      The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:   July 14, 2023
            New York, New York

                                                         /s/ Laura Taylor Swain
                                                             LAURA TAYLOR SWAIN
                                                 Chief United States District Judge