UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YESSUH SUHYES HUSSEY,<br><br>                            Plaintiff,<br><br>       -against-<br><br>SHTA STAFF LORA; SHTA STAFF KIZER,<br><br>                            Defendants. | 23-CV-3565 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the July 14, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 14, 2023
            New York, New York

                                                            /s/ Laura Taylor Swain
                                                           LAURA TAYLOR SWAIN
                                                     Chief United States District Judge